KNUT CO., Petitioner, Appellant,

v.

KNUTSON CONSTRUCTION CO., et al., Respondents.

No. C1-88-1353.

Supreme Court of Minnesota.

Dec. 15, 1989.

John L. Devney, Mark J. Ayotte, Briggs & Morgan, P.A., St. Paul, for appellant.

Marvin T. Fabyanske, Gary F. Albrecht, Fabyanske, Svoboda, Westra & Davis, P.A., St. Paul, for respondents.

v.

KNUTSON CONSTRUCTION CO., et al., Respondents.

MICHAEL–CURRY COMPANIES, INC., Respondent,

v.

KNUTSON SHAREHOLDERS LIQUIDATING TRUST, et al., Defendants and Third–Party Plaintiffs, Petitioners, Appellants,

v.

John A. CURRY, et al., Third–Party Defendants.

Nos. C1-88-1353, C6-88-1509.

Supreme Court of Minnesota.

Dec. 15, 1989.

ORDER

Based upon all the files, records and proceedings herein:

WHEREAS, the above-entitled cases involve the same real parties in interest as

well as common questions of law and fact; and

WHEREAS, the interests of justice and judicial economy require that the above-entitled cases be treated as one dispute; and

WHEREAS, the court has concluded that the dispute between the above-mentioned parties should all be resolved in one arbitration pursuant to the parties' arbitration agreement;

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-entitled cases be and the same hereby are consolidated for all further proceedings.